**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Garrison Property and Casualty Company, | No. CV-20-01730-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Cassandra Turnage, *et al.*, | |
| Defendants. | |

At issue is the Stipulated Request to Extend Remaining Discovery Deadlines (Doc. 43). This is the parties' second such request. As a courtesy, the Court entered an Order (Doc. 42) granting the parties' first request (Doc. 41) and extending the deadlines set forth in the Scheduling Order (Doc. 27) by two months. The parties are again requesting a two-month delay to the case management schedule while awaiting the Court's resolution of the pending motions for judgment on the pleadings, because "the parties will know what the Court views as the issues for discovery if the Court does not grant either of the pending Cross Motions." (Doc. 43.)

The parties' cross motions are dispositive, that is, if the Court grants any of them, the case is over. But if the Court declines to grant them, the case goes forward. The Court thus will not so much determine the issues for discovery—which are all intertwined—as resolve whether this case contains a valid legal claim.

Filing a dispositive motion does not stay discovery. While parties to a lawsuit may by motion request a stay to discovery pending the Court's ruling on a dispositive motion—

1. at which point the Court examines a number of factors to determine if a stay is appropriate, *see, e.g.*, *Ministerio Roca Solida v. U.S. Dep't of Fish & Wildlife*, 288 F.R.D. 500, 502-504 (D. Nev. 2013)—no party here requested such a stay. The parties have therefore had at least since the entry of the Scheduling Order on January 28, 2021, to conduct discovery in good faith.

As a result, the parties have not shown good cause for a further delay in the case management schedule. This is particularly true in light of the fact that, concurrent with this Order, the Court will enter an Order resolving the parties' cross motions for judgment on the pleadings.

**IT IS THEREFORE ORDERED** denying the Stipulated Request to Extend Remaining Discovery Deadlines (Doc. 43). The present Scheduling Order (Doc. 27 as amended by Doc. 42) remains in effect.

Dated this 17th day of September, 2021.

Honorable John J. Tuchi
United States District Judge